**SEALED**

FILED
AUG 27 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        )<br>    Plaintiff, )<br>        )<br>    v. )<br>        )<br>SEALED, )<br>        )<br>    Defendants. )<br>_____) | <br>2:08 - MJ - 0296   DAD |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order of the Court.

DATED: August 27, 2008

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

1