1  MCGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2724




FILED

SEP - 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:08-MJ-0296 DAD |
| Plaintiff, | ) | |
| | ) | MOTION & PROPOSED ORDER TO |
| v. | ) | UNSEAL CRIMINAL COMPLAINT |
| | ) | |
| RAYMOND BROGAN | ) | |
| and | ) | |
| CAROL DAMICO, | ) | |
| Defendants. | ) | |

The United States of America, by and through Assistant U.S. Attorney R. Steven Lapham, hereby moves for an order unsealing the Criminal Complaint in the above-entitled matter. Both defendants have been arrested, so it is no longer necessary for the complaint to remain sealed.

///
///
///
///
///
///
///
///

1

1  WHEREFORE, the government respectfully requests that the
2  Court grant this motion, and order that the Criminal Complaint
3  and supporting affidavit in this matter be immediately unsealed
4  and provided to defense counsel.

5  Date: September _2_, 2008          Respectfully submitted,

6                                     MCGREGOR W. SCOTT
                                      United States Attorney
7

8
                                      By: _____
9                                         R. STEVEN LAPHAM
                                          Assistant U. S. Attorney

1  MCGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2724

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATE OF AMERICA,        )
                                   )   Case No. 2:08-MJ-0296 DAD
12                  Plaintiff,     )
                                   )   [PROPOSED] ORDER FOR
13                                 )   UNSEALING OF CRIMINAL COMPLAINT
             vs.                   )   AND SUPPORTING AFFIDAVIT
14                                 )
                                   )
15 RAYMOND BROGAN                  )
   and                             )
16 CAROL DAMICO                    )
                  Defendants.      )
17                                 )

18      Upon consideration of the attached motion of the United

19 States of America, by Assistant U.S. Attorney R. Steven Lapham,

20 it is hereby

21                            **ORDERED**

22      1.  That the criminal complaint and supporting affidavit in

23 the above-entitled matter be immediately unsealed.

24 ///

25 ///

26 ///

27 ///

28 ///

3

2. That defense counsel be provided with a copy of the criminal complaint and supporting affidavit.

Date: September 2, 2008

_____
HONORABLE DALE A. DROZD
U.S. Magistrate Judge