McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>) <br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>RAYMOND BROGAN and )<br>CAROL ANN DAMICO, )<br>)<br>Defendants. )<br>_____) | MAG. NO. 2:08-0296 DAD<br><br>STIPULATION TO CONTINUE<br>PRELIMINARY HEARING AND<br>WAIVING TIME |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, that, subject to the approval of the court, the preliminary hearing in this matter previously scheduled for September 16, 2008, may be continued to September 18, 2008, at 2:00 p.m.

IT IS FURTHER STIPULATED that the 20 day time period for preliminary hearing set forth in Rule 5(c) of the Federal Rules of criminal Procedure is waived.

DATED:  September 12, 2008

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                        By: s/R. Steven Lapham
                                              R. STEVEN LAPHAM
                                              Assistant U.S. Attorney

1  DATED: September 12, 2008

2
                                         s/Matthew C. Bockman
3                                        MATTHEW C. BOCKMON
                                         Assistant Federal Defender
4                                        Counsel for Defendant
                                           Raymond Brogan
5

6  DATED: September 12, 2008

7
                                         s/Steven Bauer
8                                        STEVEN BAUER
                                         Counsel for Defendant
9                                          Carol Ann Damico

10

11                                ORDER

12        IT IS SO ORDERED.

13  Dated: 09/15/08                      /s/ Gregory G. Hollows
                                         _____
14                                       HON. GREGORY G. HOLLOWS
                                         United States Magistrate Judge
15

16  brogan.eot

17

18

19

20

21

22

23

24

25

26

27

28

                                    2