```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2724
 5
 6          IN THE UNITED STATES DISTRICT COURT FOR THE
 7                EASTERN DISTRICT OF CALIFORNIA
 8
    UNITED STATES OF AMERICA,    )
 9                               )   MAG. NO. 2:08-0296 DAD
              Plaintiff,         )
10                               )   STIPULATION TO CONTINUE
         v.                      )   PRELIMINARY HEARING AND
11                               )   WAIVING TIME
    RAYMOND BROGAN and           )
12  CAROL ANN DAMICO,            )
                                 )
13            Defendants.        )
    _____)
14
```

15      IT IS HEREBY STIPULATED by the parties, through their

16 respective counsel, that, subject to the approval of the court,

17 the preliminary hearing in this matter previously scheduled for

18 September 16, 2008, may be continued to September 18, 2008, at

19 2:00 p.m.

20      IT IS FURTHER STIPULATED that the 20 day time period for

21 preliminary hearing set forth in Rule 5(c) of the Federal Rules of

22 criminal Procedure is waived.

23 DATED:  September 12, 2008

24                              McGREGOR W. SCOTT
                                United States Attorney
25

26                              By: s/R. Steven Lapham
                                R. STEVEN LAPHAM
27                              Assistant U.S. Attorney

28

                                1

1  DATED: September 12, 2008

2
                                    s/Matthew C. Bockman
3                                   MATTHEW C. BOCKMON
                                    Assistant Federal Defender
4                                   Counsel for Defendant
                                      Raymond Brogan
5

6  DATED: September 12, 2008

7
                                    s/Steven Bauer
8                                   STEVEN BAUER
                                    Counsel for Defendant
9                                     Carol Ann Damico

10

11                              ORDER

12       IT IS SO ORDERED.

13  Dated: 09/15/08              /s/ Gregory G. Hollows
                                 _____
14                               HON. GREGORY G. HOLLOWS
                                 United States Magistrate Judge
15

16  brogan.eot

17

18

19

20

21

22

23

24

25

26

27

28