John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Robert Brogan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>        Plaintiff,                  )<br>                                     )<br>   v.                                )<br>                                     )<br> RAYMOND BROGAN, et al.,             )<br>                                     )<br>        Defendants.                  )<br>_____)  | NO. 2:08-cr-00431-MCE<br><br>STIPULATION AND<br>ORDER CONTINUING<br>STATUS CONFERENCE<br><br><br>Date:  1/8/09<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C.<br>       England, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, R. Steven Lapham, Assistant United States Attorney, together with counsel for defendant Raymond Brogan, Matthew C. Bockmon, Esq., and counsel for defendant Robert Brogan, John R. Manning, Esq., that the status conference presently set for January 8, 2009 be **continued to February 5, 2009, at 9:00 a.m.**, thus **vacating** the presently set status conference.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §

1

1  3161(h)(8)(B)(iv). Specifically, the requested continuance is
2  based upon the need of defense counsel to review the 600 plus
3  pages of discovery and for further investigation.  The parties
4  stipulate and agree that the interests of justice served by
5  granting this continuance outweigh the best interests of the
6  public and the defendant in a speedy trial. 18 U.S.C. §
7  3161(h)(8)(A).

IT IS SO STIPULATED.

Dated: January 6, 2009            /s/ Matthew C. Bockmon
                                 MATTHEW C. BOCKMON
                                 Attorney for Defendant
                                 Raymond Brogan

Dated: January 6, 2009            /s/ John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 Robert Brogan


Dated: January 6, 2009           McGREGOR W. SCOTT
                                 United States Attorney

                             by:  /s/ R. Steven Lapham
                                 R. STEVEN LAPHAM
                                 Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:08-cr-000431-MCE |
| Plaintiff, | ) |
| v. | ) ORDER TO CONTINUE STATUS |
| | ) CONFERENCE |
| RAYMOND BROGAN, et al., | ) |
| Defendants. | ) |
| _____ | ) |

    GOOD CAUSE APPEARING, it is hereby ordered that the January 8, 2009 status conference be continued to February 5, 2009 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation, exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to February 5, 2009.

    IT IS SO ORDERED.

Dated: January 7, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3